## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

---

SPINEOLOGY, INC., a Minnesota corporation,

                      Plaintiff,                      Civil No. 04-3203 (RHK/AJB)

      v.                                       **ORDER OF DISMISSAL**
                                                         **WITH PREJUDICE**

SPINE WAVE, INC., a Delaware corporation,
WESLEY JOHNSON, an Individual,

                      Defendants.

---

      **IT IS HEREBY ORDERED** that this action, including all claims presently asserted herein, is dismissed with prejudice and on the merits, pursuant to the terms of the Amended and Restated Settlement Agreement dated March 31, 2005, with each party to bear its own costs and attorneys' fees.

Dated: May 23, 2005                                                s/Richard H. Kyle
                                                                            RICHARD H. KYLE
                                                                            United States District Judge